United States District Court
Southern District of Texas
FILED

MAR 27 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICE SHARP,<br>    Plaintiff,<br><br>V.<br><br>THE CITY OF HOUSTON, et al.<br>    Defendants | § CIVIL ACTION NO. H-94-4168<br>§<br>§ JUDGE MARCIA CRONE<br>§<br>§ COURTROOM CLERK C. Dennie<br>§<br>§ COURT REPORTER D. Clark<br>§ TRIAL |

PLAINTIFF'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | IAD Summary & Conclusion - Investigation of Lt. Hankins & Sgt. Bice | ✓ | ✓ | 3/14/97 | |
| 2 | EEOC Determination | | | | |
| 3 | Officer Sharp performance ratings | | obj. withdrawn | | |
| 4 | Officer Sharp statement - 7/21/93 | | | | |
| 5 | Officer Sharp statement - 7/22/93 | | | | |
| 6 | Officer Sharp statement 1 - 7/30/93 | | | | |
| 7 | Officer Sharp statement 2 - 7/30/93 | | | | |
| 8 | Officer Sharp statement - 8/19/93 with Sgt. McNamara Questions and 48 hour notice | | | | |
| 9 | Mary Alice Jones statement - 7/20/93 | | | | |
| 10 | Mary Alice Jones statement - 8/21/93 with Sgt. McNamara Questions and 48 hour notice | | | | |
| 11 | Mary Alice Jones EEOC affidavit | | ✓ | | 3/14/97 |
| 12 | Lt. Hankins 15 day suspension - 2/7/69 | | | | |
| 13 | Lt. Hankins 1 day suspension - 2/22/74 | ✓ | ✓ | | ✓ |



| No. | Description | | | | | |
|---|---|---|---|---|---|---|
| 14 | Lt. Hankins 1 day suspension - 8/15/84 | ✓ | | ✓ | 3/14/97 | |
| 15 | Lt. Hankins statement - 9/16/93 with Sgt. McNamara Questions and 48 hour notices | | | | ↓ | |
| 16 | Lt. Hankins statement - 10/4/93 with Sgt. McNamara Questions and 48 hour notice | | | | ↓ | |
| 17 | Lt. Hankins 90 day suspension - 12/17/93 | | | | ↓ | |
| 18 | Exhibit A to Lt. Hankins 90 day suspension | | | | ↓ | |
| 19 | Lt. Hankins performance rating - 2/28/94 | | | | ↓ | |
| 20 | Lt. Hankins statement in IAD Jail investigation - 10/13/94 | ✓ | | Brad Hankins only | | 3/14/97 |
| 21 | Lt. Hankins statement in IAD Jail investigation - 12/21/94 | | | ↓ | | ↓ |
| 22 | IAD Investigation Synopsis in Jail investigation | | | ✓ | 3/14/97 | |
| 23 | Notice of Pre-discipline Employee Meeting to Lt. Hankins - 1/14/95 | | | ↓ | | 3/14/97 |
| 24 | Lt. Hankins Application for Retirement Allowance - 2/1/95 | | | | 3/14/97 | |
| 25 | Lt. Hankins memo to Chf. Nuchia announcing retirement - 2/10/95 with attached 48 hour notice regarding discipline | | | | ↓ | |
| 26 | Excerpts from Lt. Hankins' personnel file | | | ✓ | | 3/14/97 |
| 27 | Photograph of Lt. Hankins in RNC break trailer | | | | 3/14/97 | |
| 28 | Sgt. Bice 3 day suspension - 8/15/68 | | | | | 3/14/97 |
| 29 | Sgt. Bice 2 day suspension - 9/1/94 | | | ✓ | | ↓ |
| 30 | Sgt. Bice statement - 7/20/93 | | | Obj-withdrawn | 3/14/97 | |
| 31 | Sgt. Bice complaint 1 - 8/30/93 | | ↓ | ↓ | ↓ | |
| 32 | Sgt. Bice complaint 2 - 8/30/93 | | ↓ | ↓ | ↓ | |

2

Case 4:94-cv-04168   Document 70   Filed in TXSD on 03/27/97   Page 2 of 7

| # | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 33 | Sgt. Bice statement - 9/10/93 with Sgt. McNamara Questions and 48 hour notices | | ✓ | | Obj. withdrawn | 3/14/97 | |
| 34 | Sgt. Bice 90 day suspension - 12/17/93 | | | | | | |
| 35 | Exhibit A to Sgt. Bice 90 day suspension | | | | | | |
| 36 | Sgt. Bice performance ratings | | | | | | |
| 37 | Officer Barthe statement - 8/24/93 with Sgt. McNamara Questions and 48 hour notice | | | | Obj. Withdrawn | | |
| 38 | Sgt. Jim Brown statement - 7/20/93 | | | | | | |
| 39 | Sgt. Jim Brown statement - 8/4/93 | | | | | | |
| 40 | Sgt. Jim Brown statement - 9/10/93 with Sgt. McNamara Questions and 48 hour notices | | | | | | |
| 41 | Capt. Brown statement - 9/29/93 | | | | | | |
| 42 | Officer Devora statement - 8/25/93 | | | | | | |
| 43 | Officer Fikaris statement - 8/30/93 | | | | | | |
| 44 | Officer Beverly Harris statement - 7/21/93 | | | | | | |
| 45 | Officer Beverly Harris statement - 8/23/93 with Sgt. McNamara Questions and 48 hour notice | | | | | | |
| 46 | Officer Hayden statement - 8/24/93 | | | | | | |
| 47 | Officer Highland statement - 8/25/93 with Sgt. McNamara Questions and 48 hour notice | | | | | | |
| 48 | Officer Hogan statement - 8/26/93 with Sgt. McNamara Questions and 48 hour notice | | | | | | |
| 49 | Officer Dennis Johnson statement - 8/25/93 with Sgt. McNamara Questions | | | | | | |
| 50 | Officer Monica Johnson statement - 7/20/93 | | ↓ | | ↓ | ↓ | |

3

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 51 | Officer Monica Johnson statement - 8/25/93 with Sgt. McNamara Questions and 48 hour notice | ✓ | obj. withdrawn | 3/14/97 | | |
| 52 | Officer Kennedy statement - 7/20/93 | | | | | |
| 53 | Officer Kennedy statement - 8/26/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 54 | Officer Kral statement - 8/25/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 55 | Officer Montgomery statement - 8/20/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 56 | Officer Paul statement - 8/19/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 57 | Sgt. Rideau statement - 9/1/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 58 | Officer R.C. Smith statement - 8/26/93 with Sgt. McNamara Questions | | | | | |
| 59 | Officer Sokoloski statement - 7/20/93 | | | | | |
| 60 | Officer Sokoloski statement - 8/20/93 with Sgt. McNamara Questions | | | | | |
| 61 | Officer Treat statement - 7/20/93 | | | | | |
| 62 | Officer Treat statement - 8/24/93 with Sgt. McNamara Questions and 48 hour notice | | | | | |
| 63 | Officer Vento statement - 8/25/93 with Sgt. McNamara Questions | | | | | |
| 64 | Officer Webber statement - 8/24/93 with Sgt. McNamara Questions and 48 hour notice | | | ✓ | | |
| 65 | Officer Sharp PPI - 2/24/94 | | | | | |
| 66 | Mounted Patrol commendation by Capt. Brown - 3/7/94 | ✓ | | | ✓ | |

4

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 67 | IAD Summary & Conclusions - Investigation of Nancy Bice complaints | | ✓ | obj. withdrawn | 3/14/97 | |
| 68 | Officer Sharp's response to Nancy Bice complaints - 3/7/95 | | | | | |
| 69 | Nancy Bice complaint 1 - 12/22/94 | | | | | |
| 70 | Nancy Bice complaint 2 - 2/15/95 | | | | | |
| 71 | Letter to Officer Sharp re results of IAD investigation of Nancy Bice complaints - 8/10/95 | | | | | |
| 72 | Sharp memo to Chf. Nuchia - 1/3/95 | | | | | |
| 73 | Referral of Nancy Bice complaints to District Attorney - 3/24/95 | | | ↓ | | |
| 74 | Dr. Bissett notes re Officer Sharp | | | ✓ | | |
| 75 | Notes ~~Report~~ of Dr. Casso | | | | ↓ | |
| 76 | Original Petition of Wayne Hankins v. HPOA and Bob Thomas | | | | | 3/14/97 |
| 77 | Bob Thomas Answer to Hankins petition | | | | | |
| 78 | Bob Thomas Requests for Admission to Wayne Hankins | | | | | |
| 79 | Wayne Hankins Motion for Nonsuit & Order | | | | | |
| 80 | Original Petition of Edgar Bice v. HPOA and Bob Thomas | | | | | |
| 81 | Bob Thomas Answer to Bice petition | | | | | |
| 82 | Bob Thomas Requests for Admission to Edgar Bice | | | | | |
| 83 | Edgar Bice Motion for Nonsuit & Order | | | ↓ | | ↓ |
| 84 | General Order #100-2, Span of Control | | | obj. withdrawn | 3/14/97 | |
| 85 | General Order #100-3, Definition of Terms | | | | | |
| 86 | General Order #200-3, Investigation of Employee Misconduct | | ↓ | ↓ | ↓ | |

5

| # | Description | | | | |
|---|---|---|---|---|---|
| 87 | General Order #200-8, Supervisors' Responsibilities | ✓ | | 3/14/97 | |
| 88 | General Order #200-24, Suggestions for Improvement of the Department | | | | |
| 89 | General Order #200-27, Meal Period | | | | |
| 90 | General Order #200-30, Accountability, Discretion and Delegation of Responsibility | | | | |
| 91 | General Order #200-37, Command Authority | | | | |
| 92 | General Order #200-38, Departmental Values and Guiding Principles | | | | |
| 93 | General Order #300-2, Transfer of Officers | | | | |
| 94 | General Order #300-8, Performance Evaluations | | | | |
| 95 | General Order #300-11, Sexual Harassment - 12/14/92 | | | | |
| 96 | Brian Begle letter to EEOC investigator - 6/29/94 | | obj. Withdrawn | | |
| 97 | Sgt. Lorentz statement re Sgt. Brown complaint - 5/20/94 | | obj. Withdrawn | | |
| 98 | Sign-up sheets for extra jobs | | | | |
| 99 | HPD posting for position in Tactical Training Section | | | | |
| 100 | Officer Sharp Assessment Form - 1/24/94 | ↓ | | ↓ | |
| 101 | Hankins' Original Petition against HPOA & Bob Thomas | ✓ | | 3/26/97 | |
| 102 | Answer of Bob Thomas to Hankins' Petition | ✓ | | 3/26/97 | |
| 103 | Thomas' Requests for Admissions to Hankins | ✓ | ✓ | 3/26/97 | |
| 104 | Hankins' Motion for Nonsuit and Order | ✓ | | 3/26/97 | |
| 105 | Bice's Original Petition against HPOA & Bob Thomas | ✓ | | 3/26/97 | |
| 106 | Answer of Bob Thomas to Bice's Petition | ✓ | | 3/26/97 | |
| 107 | Thomas' Requests for Admissions to Bice | ✓ | | 3/26/97 | |
| 108 | Bice's Motion for Nonsuit and Order | ✓ | | 3/26/97 | |
| 109 | Sharp's EEOC charge 8-31-93 | ✓ | | 3/26/97 | |

6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Patrice Sharp § H-94-4168
§ CA/CR NO.
§
§ **MARCIA A. CRONE**
VS. § JUDGE
§
§ **Carol Dennie**
The City of Houston, et al. § CASE MANAGER    COURT REPORTER
§
§
  PROCEEDING

  Plaintiff
  EXHIBIT LIST OF

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1/10 | Hessenflow's Affidavit | ✓ | | 3/26/97 | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |